B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Community Bancorp** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last Four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**01-0668846** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3157 N. Rainbow, Suite 527**<br>**Las Vegas, NV**<br><div align="right">ZIP Code<br>**89108**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

☑ Chapter 7
☐ Chapter 9        ☐ Chapter 15 Petition for Recognition
☐ Chapter 11           of a Foreign Main Proceeding
☐ Chapter 12       ☐ Chapter 15 Petition for Recognition
☐ Chapter 13           of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts,       ☑ Debts are primarily
defined in 11 U.S.C. § 101(8) as              business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☑<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☑<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☑<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)

Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Community Bancorp** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Community Bancorp** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | (Check only one box.) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. |
| | ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____ <br> Signature of Debtor | **X** _____ <br> Signature of Foreign Representative |
| **X** _____ <br> Signature of Joint Debtor | _____ <br> Printed Name of Foreign Representative |
| _____ <br> Telephone Number (If not represented by attorney) | _____ <br> Date |
| _____ <br> Date | |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| **X**  /s/ Richard F. Holley <br> Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Richard F. Holley 003077 <br> Printed Name of Attorney for Debtor(s) | |
| Santoro Driggs Walch Kearney Holley & Thompson <br> Firm Name | |
| 400 South Fourth Street <br> Third Floor <br> Las Vegas, NV 89101 <br> Address | _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer |
| | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| 702.791.0308  Fax: 702.791.1912 <br> Telephone Number | |
| May 28, 2010 <br> Date | _____ <br> Address |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **X** _____ |
| | _____ <br> Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **X** *Edward M. Jamison* (signature) <br> Signature of Authorized Individual | |
| Edward M. Jamison <br> Printed Name of Authorized Individual | |
| Designated Representative, Former Chairman of the Board <br> Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| May 28, 2010 <br> Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Community Bancorp**                                              Case No. _____

                                                Debtor

Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 43,659,539.84 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,163,795.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 33,271.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 875,602,951.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 43,659,539.84 | | |
| Total Liabilities | | | | 880,800,017.73 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re     **Community Bancorp**

Case No. _____

_____ ,
Debtor

Chapter_____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Community Bancorp**                                                Case No. _____

                                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Community Bancorp**                                          Case No. _____

_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking account** **Nevada State Bank (Acct. No. xxxxxx1779)** | - | 54,617.11 |
| | | | **Business Checking Account** **Nevada State Bank (XXXXX1787)** | - | 2,230.73 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **56,847.84**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Community Bancorp**                                                    Case No. _____

_____,
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(K) administered on behalf of employees and has no interest.  Terminated Plan | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Shares of stock in Community Bank of Nevada and Community Bank of Arizona | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 Estimated federal refund due to net operating loss carryback for years 2006 and 2007 is estimated at $11,894,052<br><br>2009 Estimated federal refund due to net operating loss carryback for years 2004, 2005 and 2007 is estimated at  $15,208,010. | - | 27,102,062.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                        Sub-Total >       27,102,062.00
                                                                        (Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Community Bancorp**                                          Case No. _____
_____,
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Net operating Loss<br>Income tax refunds as identified in No. 18 above.<br>Potential claims, if any, against Board Members and/or Officers of Debtor | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | HP Officejet 5600 E709 printer - $130.00<br>Dell laptop computer - $500.00<br>FDIC has attached other equipment - Value Unknown | - | 630.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     630.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Community Bancorp**                                                                    Case No. _____
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Directors & Officers Insurance Policy issued by Lloyds of London with a value of $10,000,000 as of February 10, 2010. Extended coverage issued February 10, 2010 for $5,000,000 expiring February 12, 2012.** **Directors and Officers Liability Insurance Policy issued by Progressive Casualty Insurance Company with a value of $11,500,000 expiring February 13, 2010** | - | 16,500,000.00 |

|  | Sub-Total > (Total of this page) | 16,500,000.00 |
|---|---|---|
|  | Total > | 43,659,539.84 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Community Bancorp**                                              , Case No. _____
_____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | September 2007 | | | | | |
| **Pacific Coast Bankers Bank 340 Pine Street Suite 401 San Francisco, CA 94104** | | | | **Business Loan in the amount of $15,464,000.00** | | | | | |
| | | | | Value $                Unknown | | | | 5,163,795.20 | 5,163,795.20 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | 5,163,795.20 | 5,163,795.20 |
| | Total (Report on Summary of Schedules) | 5,163,795.20 | 5,163,795.20 |

B6E (Official Form 6E) (4/10)

In re     **Community Bancorp**                                    Case No. _____

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Totals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                    **1**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Community Bancorp**                                               Case No.

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jeffrey Chase**<br>**3157 N. Rainbow, #527**<br>**Las Vegas, NV 89108** | - | | **August 2009**<br><br>**Unpaid accrued time off** | | | | 13,078.86 | 2,128.86<br><br>10,950.00 |
| Account No.<br><br>**Patrick Hartman**<br>**3157 N. Rainbow, #527**<br>**Las Vegas, NV 89108** | - | | **August 2009**<br><br>**Unpaid accrued time off** | | | | 20,192.31 | 9,242.31<br><br>10,950.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to<br>Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | | 33,271.17 | 11,371.17<br>21,900.00 |
| | Total<br>(Report on Summary of Schedules) | | 33,271.17 | 11,371.17<br>21,900.00 |

B6F (Official Form 6F) (12/07)

In re   **Community Bancorp** _____ , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Payroll | | | | |
| **ADP** **Desert Mountain Region** P.O. Box 78415 Phoenix, AZ 85062 | - | | | | | | X | |
| | | | | | | | | 203.00 |
| Account No. | | | | Monthly transfer fee | | | | |
| **American Stock Transfer & Trust Company** 59 Maiden Lakes Plaza New York, NY 10038 | - | | | | | | X | |
| | | | | | | | | 12,000.00 |
| Account No. 01-0668846 | | | | Corporate Tax | | | | |
| **Arizona Department of Revenue** P.O. Box 29079 Phoenix, AZ 85038-9079 | - | | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| **Barry Hulin** 2795 Barrow Downs Street Las Vegas, NV 89135 | - | | | | X | X | | |
| | | | | | | | | Unknown |

| | | |
|---|---|---|
| __16__ continuation sheets attached | Subtotal (Total of this page) | 12,203.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                      Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Annual Report Service | | | | |
| Bay Tract Corporation 440 Route 98 Woodstock Valley, CT 06282 | | - | | | | | | X | |
| | | | | | | | | | 499.00 |
| Account No. | | | | | Annual subscription | | | | |
| Bowne 55 Water Street, 11th Floor New York, NY 10041 | | - | | | | | | X | |
| | | | | | | | | | 2,400.00 |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| Bruce Ford 6588 Boxwood Lane Las Vegas, NV 89103 | | - | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | SEC Filings | | | | |
| Business Wire - Department 34182 44 Montgomery Street, 39th Floor San Francisco, CA 94104 | | - | | | | | | X | |
| | | | | | | | | | 526.25 |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| Cathleen Scharf 1312 Dixie Down Court Henderson, NV 89002 | | - | | | | X | X | | |
| | | | | | | | | | Unknown |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          3,425.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                                           Case No. _____
                                              _____,
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cathy Robinson** <br> **919 Santa Ynez Avenue** <br> **Henderson, NV 89002** | | - | **February 11, 2010** <br> **Indemnification Claim (Community Bank of Nevada)** | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Charles Norton** <br> **3083 Red Springs Drive** <br> **Las Vegas, NV 89135** | | - | **February 11, 2010** <br> **Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona)** | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Commercial Services Group** <br> **On Behalf of Conexis** <br> **11603 Shelbyville Road, Suite 3** <br> **Louisville, KY 40243** | | - | **Employee Benefits** | | | X | <br><br><br> 991.50 |
| Account No. <br><br> **Compushare** <br> **Three Hutton Centre Drive, Suite 700** <br> **Santa Ana, CA 92707** | | - | **Contract Services 1/18/2010 to 1/17/2011** | | | X | <br><br><br> 17,500.00 |
| Account No. <br><br> **Conexis** <br> **P.O. Box 6241** <br> **Orange, CA 92863** | | - | **Employee flex spending account** | | | X | <br><br><br> Unknown |

| | |
|---|---|
| Sheet no. __2__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) |
| | 18,491.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Community Bancorp**                                          Case No. _____
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Cynthia Dye <br> 4521 E Saint John Road <br> Phoenix, AZ 85032 | | - | February 11, 2010 <br> Indemnification Claim  (Community Bank of Arizona) | X | X | | Unknown |
| Account No. <br><br> Cynthia Dye <br> 13985 N. 134th Drive <br> Surprise, AZ 85379 | | - | February 11, 2010 <br> Indemnification Claim  (Community Bank of Arizona) | X | X | | Unknown |
| Account No. <br><br> Dan Stewart <br> P.O. Box 777400 <br> Henderson, NV 89077 | | - | February 11, 2010 <br> Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | Unknown |
| Account No. <br><br> Daniel Duarte <br> 400 Scotts Bluff <br> Morgan Hill, CA 95037 | | - | February 11, 2010 <br> Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No. <br><br> Diana Hanson <br> 10313 Carolina Hills <br> Las Vegas, NV 89144 | | - | February 11, 2010 <br> Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |

Sheet no. __3__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                                    Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>Dion Koop<br>10746 Arusha Avenue<br>Las Vegas, NV 89166 | | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Don Bigger<br>220 McHenry Street<br>Las Vegas, NV 89144 | | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Edward Jamison<br>8965 W. Fisher Avenue<br>Las Vegas, NV 89149 | | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>Ersin Kaspi<br>160 Beach Road<br>Glencoe, IL 60022 | | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>FDIC<br>40 Pacifica, Suite 116F<br>Irvine, CA 92618 | | - | | | February 11, 2010<br>Community Bank of Nevada - Demand for Payment of Civil Damages and Wrongful Acts | | X | X | 780,000,000.00 |

Sheet no. **4** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 780,000,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**
_____                    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | February 11, 2010 | | | | |
| **FDIC** 40 Pacifica, Suite 116F Irvine, CA 92618 | | - | | **Community Bank of Arizona - Demand for Payment of Civil Damages and Wrongful Acts** | | X | X | |
| | | | | | | | | 25,500,000.00 |
| Account No. | | | | Data Processing | | | | |
| **Fidelity National** P.O. Box 18012 Ashburn, VA 20146 | | - | | | | | X | |
| | | | | | | | | 17,262.70 |
| Account No. | | | | February 11, 2010 | | | | |
| **Gary Stewart** 6859 Stone Meadows Avenue Las Vegas, NV 89142 | | - | | **Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona)** | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 | | | | |
| **Gerald B. Ernst** 7661 Carlton Arms Blvd Winter Haven, FL 33884 | | - | | **Indemnification Claim  (Community Bank of Arizona)** | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 | | | | |
| **H. Keith Fang, M.D.** 8628 E. Sutton Drive Scottsdale, AZ 85260 | | - | | **Indemnification Claim  (Community Bank of Arizona)** | X | X | | |
| | | | | | | | | Unknown |

Sheet no. **5**   of  **16**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,517,262.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                                      Case No. _____
_____,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Workers compensation insurance | | | | |
| ICW Group 11455 El Camino Real San Diego, CA 92130 | - | | | | | | | X | |
| | | | | | | | | | 2,124.00 |
| Account No. | | | | | February 11, 2010 Indemnification Claim  (Community Bank of Arizona) | | | | |
| Ivy Voss 4515 E Timberline Court Gilbert, AZ 85297 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) Indemnification Claim  (Community Bank of Arizona) | | | | |
| Jack Woodcock 7475 W. Sahara Avenue, Suite 100 Las Vegas, NV 89117 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | | | | |
| Jacob Bingham 6200 Deer Springs Road Las Vegas, NV 89131 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| Jeffrey Chase 1834 Sunnydale Avenue Simi Valley, CA 93065 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |

Sheet no. **6** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,124.00

B6F (Official Form 6F) (12/07) - Cont.

In re      **Community Bancorp**                                                Case No. _____
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Jerry Hayes<br>4864 Knollwood Drive<br>Las Vegas, NV 89147 | | - | | February 11, 2010<br>Indemnification Claims (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Jim Nelson<br>16009 E. Seminole Lane<br>Fountain Hills, AZ 85268 | | - | | February 11, 2010<br>Indemnification Claims (Community Bank of Nevada)  (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>John Dru<br>9106 Alpine Peaks Avenue<br>Las Vegas, NV 89147 | | - | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Joyce Smith<br>5450 Cedar Canyon Lane<br>Las Vegas, NV 89113 | | - | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Karin Sievert<br>3070 Tara Murphy Drive<br>Henderson, NV 89052 | | - | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |

Sheet no. **7** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                    Case No. _____
                                          ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | February 11, 2010 Indemnification Claim  (Community Bank of Arizona) | | | | |
| Katherine Gimbel 3027 W Betty Elyse Lane Phoenix, AZ 85053 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| Kathleen Smith 8148 Waltons Mill Court Las Vegas, NV 89131 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | February 11, 2010 Indemnification Claim  (Community Bank of Arizona) | | | | |
| Kenneth Sonner 7151 E Rancho Vista Drive #2009 Scottsdale, AZ 85251 | - | | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| Krissy Rogers 9070 Glasbury Court Las Vegas, NV 89123 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | February 11, 2010 Indemnification Claim  (Community Bank of Arizona) | | | | |
| Lauri Hallums 1231 E. Granite View Drive Phoenix, AZ 85048 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |

Sheet no. **8**  of  **16**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Community Bancorp**                                                    Case No. _____
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | February 11, 2010 | | | | |
| Lawrence Scott 8945 W. Russell Road, #300 Las Vegas, NV 89148 | | - | | Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 | | | | |
| Leanne B. Appledom-March 6031 W. Shaw Butte Dr. Glendale, AZ 85304 | | - | | Indemnification Claim (Community Bank of Arizona) | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 | | | | |
| Leroy Aman 1748 W. Van Buren Street Phoenix, AZ 85007 | | - | | Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 | | | | |
| Lori Anderson 4592 Clay Peak Drive Las Vegas, NV 89129 | | - | | Indemnification Claim (Community Bank of Nevada) | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | February 11, 2010 | | | | |
| Mark Hunton 13030 E. Shangri La Road Scottsdale, AZ 85259 | | - | | Indemnification Claim (Community Bank of Arizona) | X | X | | |
| | | | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. **9** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                            Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No.<br><br>Mark Roberts<br>42144 N. Mountain Cove Drive<br>Phoenix, AZ 85086 | - | | | | February 11, 2010<br>Indemnification Claim  (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>Mary Brown<br>8650 Cameron Street<br>Las Vegas, NV 89139 | - | | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Meloni Hribal Tratner<br>Warner Financial Center<br>21255 Burbank Boulevard, Suite 250<br>Woodland Hills, CA 91367 | - | | | | Tax services | | | X | 1,945.00 |
| Account No.<br><br>Monica Montgomery<br>2610 W. Luce Drive<br>Phoenix, AZ 85086 | - | | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>Nevada Department of Taxation<br>P.O. Box 52614<br>Phoenix, AZ 85072-2614 | - | | | | Business license renewal | | | X | 200.00 |

Sheet no. **10** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
            (Total of this page)        2,145.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                                    Case No. _____
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No.<br><br>Noall Bennett<br>2686 Connecticut Drive<br>Salt Lake City, UT 84103 | | - | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>Patricia Dixon<br>5216 Primrose Flower Avenue<br>Las Vegas, NV 89135 | | - | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Patrick Hartman<br>16566 S. Windy City Road<br>Mulino, OR 97042 | | - | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Philip B. Whitaker<br>5313 N. 82nd Place<br>Scottsdale, AZ 85250 | | - | February 11, 2010<br>Indemnification Claim  (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>Protiviti<br>4127 East Van Buren Street<br>Suite 210<br>Phoenix, AZ 85008 | | - | (Proposed) Audit work | | | X | 30,000.00 |

Sheet no. **11** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Community Bancorp**

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | **Compliance Audit** | | | | |
| **Pure Compliance** P.O. Box 9518939 Dallas, TX 75395-1839 | | - | | | | | | | X | 186.00 |
| Account No. | | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| **Rashmi Kumar** 7558 Whiskey Moon Street Las Vegas, NV 89139 | | - | | | | | X | X | | Unknown |
| Account No. | | | | | | February 11, 2010 Indemnification Claim (Community Bank of Arizona) | | | | |
| **Richard Frank** 5593 Casa Palazzo Court Las Vegas, NV 89141 | | - | | | | | X | X | | Unknown |
| Account No. | | | | | | February 11, 2010 Indemnification Claim (Community Bank of Arizona) | | | | |
| **Rick L. Murphy** 475 Marine Street La Jolla, CA 92037 | | - | | | | | X | X | | Unknown |
| Account No. | | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| **Robert Graham** 6000 Atmore Court Las Vegas, NV 89110 | | - | | | | | X | X | | Unknown |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                                        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Russell Taylor**<br>**875 Rio Virgin Drive #242**<br>**Saint George, UT 84790** | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) (Community Bank of Arizona) | X | X | | Unknown |
| Account No.<br><br>**Sandy O'Laughlin**<br>**(aka Sandra Saliba-Durante)**<br>**94 Urbana Drive**<br>**Henderson, NV 89074** | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>**Shari Waver**<br>**7475 Babbs Court**<br>**Las Vegas, NV 89123** | - | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>**SNL Financial, LC**<br>**P.O. Box 414624**<br>**Boston, MA 02241** | - | | | (Proposed) Investor services | | | X | 15,000.00 |
| Account No.<br><br>**Standard & Poors**<br>**P.O. Box 1914A**<br>**Newark, NJ 07195** | - | | | Subscription | | | X | 100.00 |

| | | |
|---|---|---|
| Sheet no. **13** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 15,100.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**State of California**<br>**P.O. Box 826880/MIC 4**<br>**Sacramento, CA 94280** | | - | | | **Unemployment insurance** | | | X | **333.64** |
| Account No.<br><br>**State of California Franchise Tax Board**<br>**P.O. Box 942857**<br>**Sacramento, CA 94257** | | - | | | **2005**<br>**Corporate Franchise Tax** | | X | X | **Unknown** |
| Account No.<br><br>**Stephen Curley**<br>**5103 E Kelton Lane**<br>**Scottsdale, AZ 85254** | | - | | | **February 11, 2010**<br>**Indemnification Claim  (Community Bank of Arizona)** | X | X | | **Unknown** |
| Account No.<br><br>**Susan Pucciarrelli**<br>**2026 Bobtail Circle**<br>**Henderson, NV 89012** | | - | | | **February 11, 2010**<br>**Indemnification Claim (Community Bank of Nevada)** | X | X | | **Unknown** |
| Account No.<br><br>**Thomas McGrath**<br>**10604 Blanca Peak Avenue**<br>**Las Vegas, NV 89129** | | - | | | **February 11, 2010**<br>**Indemnification Claim (Community Bank of Nevada)** | X | X | | **Unknown** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **333.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**
_____
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>Thomas McGrath<br>64 Brown Swallow Way<br>Henderson, NV 89012 | - | | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Thomas McGrath<br>1395 Solitaire Drive<br>Salt Lake City, UT 84106 | - | | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Thompson Reuters Financial LLC<br>195 Broadway<br>New York, NY 10007 | - | | | | Registration Fee | | | X | 1,085.07 |
| Account No.<br><br>Travis West<br>11388 Orazio Drive<br>Las Vegas, NV 89138 | - | | | | February 11, 2010<br>Indemnification Claim (Community Bank of Nevada) | X | X | | Unknown |
| Account No.<br><br>Trust Preferred #2<br>Merrill Lynch<br>250 Vasey Street<br>New York, NY 10080 | - | | | | Subordinate Debt | X | X | | 20,000,000.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,001,085.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Community Bancorp**                                    Case No. _____
                                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Subordinate Debt | | | | |
| Trust Preferred #3 Wilmington Trust Company Rodney Square North 1100 N. Market Street Wilmington, DE 19890 | | - | | | | X | X | | 50,000,000.00 |
| Account No. | | | | | February 11, 2010 Indemnification Claim  (Community Bank of Arizona) | | | | |
| Ursula Jackson 6521 N 83rd Drive Glendale, AZ 85305 | | - | | | | X | X | | Unknown |
| Account No. | | | | | Document storage | | | | |
| Wells Fargo WF 8113 P.O. Box 1450 Minneapolis, MN 55485 | | - | | | | | | X | 595.20 |
| Account No. | | | | | February 11, 2010 Indemnification Claim (Community Bank of Nevada) | | | | |
| Zachary Larson 7865 Villa Del Fuego Avenue Las Vegas, NV 89131 | | - | | | | X | X | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. **16** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 50,000,595.20 |
| Total (Report on Summary of Schedules) | | 875,602,951.36 |

B6G (Official Form 6G) (12/07)

In re    **Community Bancorp**                                                                    Case No. _____

_____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Community Bancorp**                                                  Case No. _____

                                                          Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Community Bank of Arizona**<br>**c/o FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **Pacific Coast Banker Bank**<br>**340 Pine Street Suite 401**<br>**San Francisco, CA 94104** |
| **Community Bank of Arizona**<br>**c/o FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** |
| **Community Bank of Nevada**<br>**c/o FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **Pacific Coast Banker Bank**<br>**340 Pine Street Suite 401**<br>**San Francisco, CA 94104** |
| **Community Bank of Nevada**<br>**c/o FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** |

   **0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Community Bancorp**                                                    Case No. _____

                                            Debtor(s)        Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Designated Representative, Former Chairman of the Board of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 28, 2010**                    Signature  _Edward M. Jamison (signature)_

Edward M. Jamison
**Designated Representative, Former Chairman of the Board**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re    __Community Bancorp__                           Case No. _____

                                         Debtor(s)          Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$106,116,680.23** | **January 1, 2008 through December 31, 2008**<br>**General Ledger and tax work papers (and 10-K draft):**<br><br>**Community Bank of Nevada - $99,265,815.66**<br>**Community Bank of Arizona - $6,691,286.49**<br>**Community Bancorp - $159,578.08** |
| **$44,298,092.25** | **January 1, 2009 through August 14, 2009**<br>**General Ledger and tax work papers:**<br><br>**Community Bank of Nevada - $41,269,352.43**<br>**Community Bank of Arizona - $2,964,543.70**<br>**Community Bancorp - $64,196.12** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-1,600.93 | Securities Portfolio with The Baker Group through February 28, 2010 - (($1,600.93) - Total included in response to No. 1 above) |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Jeffery Chase 1834 Sunnydale Avenue Simi Valley, CA 93065 | 3/11/10 - $5,062.50 5/19/10 - $1,000.00 | $6,062.50 | $0.00 |
| Edward Jamison 8965 W. Fisher Avenue Las Vegas, NV 89149 | 3/11/10 - $3,063.00 3/11/10 - $186.32 5/19/10 - $1,000.00 | $4,249.32 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Edward M. Jamison<br>8965 W. Fisher Avenue<br>Las Vegas, NV 89149<br>    Chairman/CEO/Director | Salary 5/28/09 to 9/4/09 - $129,377.58<br>Consulting 2009 - $48,124.50<br>Consulting 2010 - $64,602.15<br>Out of Pocket Expenses 2009 - $1,052.36<br>Out of Pocket Expenses 2010 - $752.66 | $243,909.25 | $0.00 |
| Patrick Hartman<br>16566 S. Windy City Road<br>Mulino, OR 97042<br>    CFO/EVP | Salary 5/28/09 to 9/4/09 - $95,832.92<br>Consulting 2009 - $13,500.00<br>Out of Pocket Expenses 2009 - $2,408.97 | $111,741.89 | $0.00 |
| Jeff Chase<br>1834 Sunnydale Avenue<br>Simi Valley, CA 93065<br>    SVP/CAO | Salary 5/28/09 to 9/4/09 - $64,263.82<br>Consulting 2009 - $24,687.50<br>Consulting 2010 - $21,437.50<br>Out of Pocket Expenses 2009 - $3,503.24<br>Out of Pocket Expenses 2010 - $1,280.40 | $115,172.46 | $0.00 |
| Jacob D. Bingham<br>837 W. Flamingo, #200<br>Las Vegas, NV<br>    Vice Chairman | Unknown | $0.00 | $0.00 |
| Gary J. Stewart<br>6859 Stone Meadow Avenue<br>Las Vegas, NV 89142<br>    Director | Unknown | $0.00 | $0.00 |
| Dan Stewart<br>13605 Charismatic Ct.<br>ID 83521<br>    Director | Unknown | $0.00 | $0.00 |
| Jack Woodcock<br>7475 W. Sahara #100<br>Las Vegas, NV 89117<br>    Director | Unknown | $0.00 | $0.00 |
| Lawrence K. Scott<br>180 Bartizan Drive<br>Las Vegas, NV 89138<br>    EVP/Director | Unknown | $0.00 | $0.00 |

4

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pacific Coast Bankers' Bank v. Community Bancorp** | **Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Receivership, Injunctive Relief** | **District Court, Clark County Nevada Eighth Judicial District Court 200 Lewis Avenue Las Vegas, Nevada 89155** | **Pending** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FDIC 40 Pacifica, Suite 116F Irvine, CA 92618** | **August 2009** | **Fixtures, furniture and equipment.  Value unknown.** |
| **FDIC 40 Pacifica, Suite 116F Irvine, CA 92618** | **August 2009** | **Tax Returns (2008 and 2009).** |
| **FDIC 40 Pacifica, Suite 116F Irvine, CA 92618** | **August 2009** | **Certain books and records.  Value unknown. (2002 to present)** |
| **FDIC 40 Pacifica, Suite 116F Irvine, CA 92618** | **August 2009** | **FDIC has taken control of Community Bank of Arizona and Community Bank of Nevada.  Value unknown.** |
| **FDIC 40 Pacifica, Suite 116F Irvine, CA 92618** | **August 2009** | **All common Stock of Community Bank of Arizona and Community Bank of Nevada.  Value unknown.** |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None □   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **FIN 10100**<br>**FIN 10101** | | **Fixtures, furniture and equipment** |
| **FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **FIN 10100**<br>**FIN 10101** | | **Tax returns (2008 and 2009)** |
| **FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **FIN 10100**<br>**FIN 10101** | | **Certain books and records (2002 to Present)** |
| **FDIC**<br>**40 Pacifica, Suite 116F**<br>**Irvine, CA 92618** | **FIN 10100**<br>**FIN 10101** | | **All assets and liabilities of Community Bank of Nevada and Community Bank of Arizona held by FDIC** |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Santoro, Driggs, Walch et al**<br>**c/o Richard F. Holley, Esq.**<br>**400 South Fourth St.**<br>**Third Floor**<br>**Las Vegas, NV 89101** | **10/22/2009** | **$24,987.84** |
| **Santoro, Driggs, Walch et al**<br>**400 South Fourth St.**<br>**Third Floor**<br>**Las Vegas, NV 89101** | **12/22/09** | **$8,492.81** |

6

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Santoro, Driggs, Walch et al<br>c/o Richard F. Holley, Esq.<br>400 South Fourth St.<br>Third Floor<br>Las Vegas, NV 89101 | 02/17/2010 | $13,363.05 |
| Santoro, Driggs, Walch et al<br>c/o Richard F. Holley, Esq.<br>400 South Fourth St.<br>Third Floor<br>Las Vegas, NV 89101 | 3/23/2010 | $15,172.95 |
| Santoro, Driggs, Walch et al<br>c/o Richard F. Holley, Esq.<br>400 South Fourth St.<br>Third Floor<br>Las Vegas, NV 89101 | 4/12/2010 | $10,350.65 |
| Santoro, Driggs, Walch et al<br>c/o Richard F. Holley, Esq.<br>400 South Fourth St.<br>Third Floor<br>Las Vegas, NV 89101 | 5/11/2010 | $375.00 |
| Santoro, Driggs, Walch et al<br>c/o Richard F. Holley, Esq.<br>400 South Fourth St.<br>Third Floor<br>Las Vegas, NV 89101 | 5/28/2010 | $6,309.64 |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Community Bank of Nevada**<br>**400 South Fourth Street #215**<br>**Las Vegas, NV 89101** | **$746,791.65** | **August 19, 2009**<br>**($746,791.64 was transferred to the Santoro, Driggs, Walch Trust Account on 8/19/2009; $647,000.00 was transferred to Nevada State Bank Account No. xxxxxx1779 on 8/26/2009. See Schedule B.)** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **400 South Fourth Street**<br>**Suite 215**<br>**Las Vegas, NV 89101** | **Community Bancorp** | **2002 through August 14, 2009** |
| **3753 Howard Hughes Parkway, Suite 200**<br>**Las Vegas, NV 89169** | **Community Bancorp** | **September 3, 2009 through January 31, 2010** |
| **3157 N. Rainbow Boulevard**<br>**Suite 527**<br>**Las Vegas, NV 89108** | **Community Bancorp** | **August 26, 2009 to present (Mail Drop Only)** |

8

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Community Bank of Nevada | 7251 | 400 South 4th Street, Suite 215 Las Vegas, NV 89101 | Banking company | April 2002 through September 2009 |
| Community Bank of Arizona | 2134 | 400 South 4th Street, Suite 215 Las Vegas, NV 89101 | Banking company (Community Bancorp acquired Cactus Commerce Bank of Arizona and changed the name to Community Bank of Arizona in 2007) | October 2007 through September 2009 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Patrick Hartman 16566 S. Windy City Rd. Mulino, OR 97042 | February 2007 to September 2009 |
| Jeff Chase 1834 Sunnydale Avenue Simi Valley, CA 93065 | February 2007 to Present |
| Cathy Robinson 919 Ynez Avenue Henderson, NV 89002 | 2002 to August 2009 |
| Diana Hansen 10313 Carolina Hills Las Vegas, NV 89144 | 2004 to August 2009 |
| LaShaunda Clark 3737 Gretchen Court North Las Vegas, NV 89081 | 2005 to August 2009 |
| Shawn Atwood 8116 Briggs Gully St North Las Vegas, NV 89085 | 2006 to August 2009 |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

10

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Grant Thornton, LLC | 21600 Oxnard Street, #1100<br>Woodland Hills, CA 91367 | Second quarter 2007 to August 2009 |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Grant Thornton, LLP | Attn: Jim Pulsipher<br>21600 Oxnard Street, Suite 1100<br>Woodland Hills, CA 91367 |
| Santoro, Driggs, Walch et al | c/o J. Douglas Driggs, Esq.<br>400 South Fourth St.<br>Third Floor<br>Las Vegas, NV 89101 |
| McGladrey and Pullen, LLP | Attn: Tim Tefentaller<br>300 S. 4th Street, 6th Floor<br>Las Vegas, NV 89101 |
| FDIC | Attn: Jim Stockhausen<br>40 Pacifica, Suite 116F<br>Irvine, CA 92618 |
| Stuart Moore Law | Attn: John Stuart<br>641 Higueroa Street, Suite 302<br>San Luis Obispo, CA 93401 |
| Deloitte and Touche | Attn: John Graetz<br>50 Freemont Street, Suite 31<br>San Francisco, CA |
| Deloitte and Touche | Attn: Tammy Milliken<br>227 W. Trade Street, Suite 1100<br>Charlotte, NC |
| WilmerHale, et al. | Attn: Marty Lybecker<br>1875 Pennsylvania Avenue NW<br>Washington, DC |
| Ernst & Young | Attn: Amy Hawkes<br>725 S. Figueroa Street, Suite 100<br>Los Angeles, CA 90017 |
| Navigant Consulting | 300 S. Grand Avenue, Suite 24<br>Los Angeles, CA |
| Marshall and Isley Holding, Inc. M&I | 3993 Howard Hughes Parkway, Suite 100<br>Las Vegas, NV 89169 |
| Hinton, Kreditor & Gronroos, LLP | Attn: Tony Gronroos<br>50 E. Foothill Blvd, Third Floor<br>Arcadia, CA 91006 |
| Meloni, Hribal and Tratner, LLP | Attn: Ken Tratner<br>21255 Burbank Blvd, Suite 250<br>Woodland Hills, CA 91367 |
| Deloitte and Touche | Attn: Henry Baltazar<br>350 S. Grand Avenue, Suite 200<br>Los Angeles, CA |
| Federal Reserve Bank of San Francisco | 101 Market Street<br>San Francisco, CA 94105 |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

11

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| FHLB<br>600 California Street<br>San Francisco, CA 94108 | Unknown (FDIC has books and records) |
| Trust Preferred #2-Merrill Lynch Intl.<br>250 Vesey Street<br>New York, NY 10080 | Unknown (FDIC has books and records) |
| Trust Preferred #3-Wilmington Trust Co.<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | Unknown (FDIC has books and records) |
| Federal Reserve Bank of San Francisco<br>101 Market STreet<br>San Francisco, CA 94105 | Unknown (FDIC has books and records) |
| SEC<br>101 F. Street NE<br>Washington, DC 20549 | Unknown (FDIC has books and records) |
| CBON Shareholders | Unknown (FDIC has books and records) |
| Pacific Coast Bankers Bank<br>340 Pine Street Suite 401<br>San Francisco, CA 94104 | Unknown (FDIC has books and records) |
| Nevada Dept. of Financial Institutions<br>2785 E. Desert Inn Road<br>Las Vegas, NV 89121 | Unknown (FDIC has books and records) |
| Arizona Dept. of Financial Institutions<br>2910 N. 44th Street, Suite 310<br>Phoenix, AZ 85018 | Unknown (FDIC has books and records) |

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Sharcholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Donald G. Newman<br>2280 Casa Bella Ct.<br>Las Vegas, NV 89117 | | 5% Holder |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David E. Sorensen<br>30582 Hunt Club Drive<br>San Juan Capistrano, CA 92675 | | 5% Holder |

---

**22 . Former partners, officers, directors and shareholders**

None<br>■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None<br>☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Patrick Hartman<br>16566 S. Windy City Road<br>Simi Valley, CA 93065 | CFO/EVP | September 2009 |
| Jeffery Chase<br>1834 Sunnydale Ave<br>Simi Valley, CA 93065 | SVP/CAO | September 2009 |
| Edward Jamison<br>8965 W. Fisher Avenue<br>Las Vegas, NV 89149 | Chairman/CEO/Director | September 2009/May 2010 as Director |
| Lawrence K. Scott<br>180 Bartizan Drive<br>Las Vegas, NV 89138 | EVP/Director | September 2009/May 2010 as Director |
| Jacob D. Bingham<br>837 W. Flamingo, #200<br>Las Vegas, NV 89119 | Vice Chairman | May 2010 |
| Gary J. Stewart<br>6859 STone Meadow Avenue<br>Las Vegas, NV 89142 | Director | May 2010 |
| Dan H. Stewart<br>13605 Charismatic Ct.<br>Reno, NV 89521 | Director | May 2010 |
| Jack M. Woodcock<br>7475 W. Sahara, #100<br>Las Vegas, NV 89117 | Director | May 2010 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None<br>☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>SEE SECTION 3(c) above | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

13

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)
No pention fund; however company maintained 401(k) for benefit of
employees through Principal Financial Group, P.O. Box 2000, Mason City, IA
50402

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __May 28, 2010__                    Signature _____

                                          Edward M. Jamison
                                          Designated Representative, Former Chairman of the
                                          Board

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**United States Bankruptcy Court**
**District of Nevada**

In re    Community Bancorp                                  Case No. _____

                                      Debtor(s)                     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Designated Representative, Former Chairman of the Board of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 28, 2010 _____

Edward M. Jamison/Designated Representative, Former
Chairman of the Board
Signer/Title

Community Bancorp
3157 N. Rainbow, Suite 527
Las Vegas, NV 89108

Richard F. Holley
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street
Third Floor
Las Vegas, NV 89101

ADP
Desert Mountain Region
P.O. Box 78415
Phoenix, AZ 85062

American Stock Transfer & Trust Company
59 Maiden Lakes Plaza
New York, NY 10038

Arizona Department of Revenue
Acct No 01-0668846
P.O. Box 29079
Phoenix, AZ 85038-9079

Barry Hulin
2795 Barrow Downs Street
Las Vegas, NV 89135

Bay Tract Corporation
440 Route 98
Woodstock Valley, CT 06282

Bowne
55 Water Street, 11th Floor
New York, NY 10041

Bruce Ford
6588 Boxwood Lane
Las Vegas, NV 89103

Business Wire - Department 34182
44 Montgomery Street, 39th Floor
San Francisco, CA 94104

Cathleen Scharf
1312 Dixie Down Court
Henderson, NV 89002

Cathy Robinson
919 Santa Ynez Avenue
Henderson, NV 89002

Charles Norton
3083 Red Springs Drive
Las Vegas, NV 89135

Clark County Assessor
500 South Grand Central Parkway
PO Box 551401
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 South Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Commercial Services Group
On Behalf of Conexis
11603 Shelbyville Road, Suite 3
Louisville, KY 40243

Community Bank of Arizona
c/o FDIC
40 Pacifica, Suite 116F
Irvine, CA 92618

Community Bank of Arizona
c/o FDIC
40 Pacificia, Suite 116F
Irvine, CA 92618

Community Bank of Nevada
c/o FDIC
40 Pacifica, Suite 116F
Irvine, CA 92618

Compushare
Three Hutton Centre Drive, Suite 700
Santa Ana, CA 92707

Conexis
P.O. Box 6241
Orange, CA 92863

Cynthia Dye
4521 E Saint John Road
Phoenix, AZ 85032

Cynthia Dye
13985 N. 134th Drive
Surprise, AZ 85379

Dan Stewart
P.O. Box 777400
Henderson, NV 89077

Daniel Duarte
400 Scotts Bluff
Morgan Hill, CA 95037

David E. Sorensen
30582 Hunt Club Drive
San Juan Capistrano, CA 92675

Dept. of Employment, Training & Rehab
500 East Third Street
Carson City, NV 89713

Diana Hanson
10313 Carolina Hills
Las Vegas, NV 89144

Dion Koop
10746 Arusha Avenue
Las Vegas, NV 89166

Don Bigger
220 McHenry Street
Las Vegas, NV 89144

Donald G. Newman
2280 Casa Bella Ct.
Las Vegas, NV 89117

Edward Jamison
8965 W. Fisher Avenue
Las Vegas, NV 89149

Ersin Kaspi
160 Beach Road
Glencoe, IL 60022

FDIC
40 Pacifica, Suite 116F
Irvine, CA 92618

Fidelity National
P.O. Box 18012
Ashburn, VA 20146

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Gary J. Stewart
6859 Stone Meadow Avenue
Las Vegas, NV 89142

Gary Stewart
6859 Stone Meadows Avenue
Las Vegas, NV 89142

Gerald B. Ernst
7661 Carlton Arms Blvd
Winter Haven, FL 33884

H. Keith Fang, M.D.
8628 E. Sutton Drive
Scottsdale, AZ 85260

ICW Group
11455 El Camino Real
San Diego, CA 92130

Internal Revenue Service
PO Box 21126
DPN 781
Philadelphia, PA 19114-0326

Ivy Voss
4515 E Timberline Court
Gilbert, AZ 85297

Jack M. Woodcock
7475 W. Sahara, #100
Las Vegas, NV 89117

Jack Woodcock
7475 W. Sahara Avenue, Suite 100
Las Vegas, NV 89117

Jacob Bingham
6200 Deer Springs Road
Las Vegas, NV 89131

Jacob D. Bingham
837 W. Flamingo, #200
Las Vegas, NV

Jason S. Hollander, Senior Attorney
Acct No xxxxx39-08
Progressive Casualty Insurance Company
PLG-OHL21
5920 Landerbrook Drive
Cleveland, OH 44124

Jeffrey Chase
3157 N. Rainbow, #527
Las Vegas, NV 89108

Jeffrey Chase
1834 Sunnydale Avenue
Simi Valley, CA 93065

Jerry Hayes
4864 Knollwood Drive
Las Vegas, NV 89147

Jim Nelson
16009 E. Seminole Lane
Fountain Hills, AZ 85268

John Dru
9106 Alpine Peaks Avenue
Las Vegas, NV 89147

Joyce Smith
5450 Cedar Canyon Lane
Las Vegas, NV 89113

Karin Sievert
3070 Tara Murphy Drive
Henderson, NV 89052

Katherine Gimbel
3027 W Betty Elyse Lane
Phoenix, AZ 85053

Kathleen Smith
8148 Waltons Mill Court
Las Vegas, NV 89131

Kenneth Sonner
7151 E Rancho Vista Drive #2009
Scottsdale, AZ 85251

Krissy Rogers
9070 Glasbury Court
Las Vegas, NV 89123

Lauri Hallums
1231 E. Granite View Drive
Phoenix, AZ 85048

Lawrence Scott
8945 W. Russell Road, #300
Las Vegas, NV 89148

Leanne B. Appledom-March
6031 W. Shaw Butte Dr.
Glendale, AZ 85304

Leroy Aman
1748 W. Van Buren Street
Phoenix, AZ 85007

Lloyds of London/Lloyds-Miller Insurance
Acct No xxxx3109
Sedgwick, Detert, Moran & Arnold
Attn: Joseph M. Smick
125 Broad Street, 39th Floor
New York, NY 10004

Lori Anderson
4592 Clay Peak Drive
Las Vegas, NV 89129

Mark Hunton
13030 E. Shangri La Road
Scottsdale, AZ 85259

Mark Roberts
42144 N. Mountain Cove Drive
Phoenix, AZ 85086

Mary Brown
8650 Cameron Street
Las Vegas, NV 89139

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
100 Cambridge St., 7th Floor
Boston, MA 02114-9564

Meloni Hribal Tratner
Warner Financial Center
21255 Burbank Boulevard, Suite 250
Woodland Hills, CA 91367

Monica Montgomery
2610 W. Luce Drive
Phoenix, AZ 85086

Nevada Department of Taxation
P.O. Box 52614
Phoenix, AZ 85072-2614

Nevada Department of Taxation
Bankruptcy Division
555 East Washington Ave., #1300
Las Vegas, NV 89101

Noall Bennett
2686 Connecticut Drive
Salt Lake City, UT 84103

Pacific Coast Bankers Bank
340 Pine Street Suite 401
San Francisco, CA 94104

Patricia Dixon
5216 Primrose Flower Avenue
Las Vegas, NV 89135

Patrick Hartman
3157 N. Rainbow, #527
Las Vegas, NV 89108

Patrick Hartman
16566 S. Windy City Road
Mulino, OR 97042

Philip B. Whitaker
5313 N. 82nd Place
Scottsdale, AZ 85250

Progressive Insurance Company
Acct No xxxxx39-09
Professional Liability Group
5920 Landerbrook Drive, PLG-L21
Cleveland, OH 44124

Protiviti
4127 East Van Buren Street
Suite 210
Phoenix, AZ 85008

Pure Compliance
P.O. Box 9518939
Dallas, TX 75395-1839

Rashmi Kumar
7558 Whiskey Moon Street
Las Vegas, NV 89139

Richard Frank
5593 Casa Palazzo Court
Las Vegas, NV 89141

Rick L. Murphy
475 Marine Street
La Jolla, CA 92037

Robert Graham
6000 Atmore Court
Las Vegas, NV 89110

Russell Taylor
875 Rio Virgin Drive #242
Saint George, UT 84790

Sandy O'Laughlin
(aka Sandra Saliba-Durante)
94 Urbana Drive
Henderson, NV 89074

Shari Waver
7475 Babbs Court
Las Vegas, NV 89123

SNL Financial, LC
P.O. Box 414624
Boston, MA 02241

Standard & Poors
P.O. Box 1914A
Newark, NJ 07195

State of California
P.O. Box 826880/MIC 4
Sacramento, CA 94280

State of California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257

Stephen Curley
5103 E Kelton Lane
Scottsdale, AZ 85254

Susan Pucciarrelli
2026 Bobtail Circle
Henderson, NV 89012

Thomas McGrath
10604 Blanca Peak Avenue
Las Vegas, NV 89129

Thomas McGrath
64 Brown Swallow Way
Henderson, NV 89012

Thomas McGrath
1395 Solitaire Drive
Salt Lake City, UT 84106

Thompson Reuters Financial LLC
195 Broadway
New York, NY 10007

Travis West
11388 Orazio Drive
Las Vegas, NV 89138

Trust Preferred #2
Merrill Lynch
250 Vasey Street
New York, NY 10080

Trust Preferred #3
Wilmington Trust Company
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890

U.S. Trustee
300 Las Vegas Blvd. South
Room 4300
Las Vegas, NV 89101

United States Attorney's Office
Attn: Civil Process Clerk
333 Las Vegas Boulevard, #5000
Las Vegas, NV 89101

Ursula Jackson
6521 N 83rd Drive
Glendale, AZ 85305

Wells Fargo WF 8113
P.O. Box 1450
Minneapolis, MN 55485

Zachary Larson
7865 Villa Del Fuego Avenue
Las Vegas, NV 89131