_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
December 05, 2014

The Furnier Muzzo Group LLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3311 S. Rainbow Blvd. Suite 104
Las Vegas, NV 89146
Telephone: (702) 728-5285
Email: croberts@furnierlaw.com

Attorneys for Chapter 7 Trustee,
Yvette Weinstein

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

COMMUNITY BANCORP,

                    Debtor.

)   CASE NO. BK-S-10-20038-LED
)
)   Chapter 7
)
)   **ORDER GRANTING FIRST INTERIM**
)   **APPLICATION FOR COMPENSATION OF**
)   **KUTAK ROCK, LLP, AS SPECIAL**
)   **COUNSEL**
)
)   Date:   December 2, 2014
)   Time:   2:30 p.m.
)
)   Ctrm:  3
)          Foley Federal Building
)          300 Las Vegas Blvd. So
)          Las Vegas, NV 89101
)   Judge:  Hon. Laurel E. Davis
)

        Upon the Application of Kutak Rock, LLP for payment of fees and costs incurred for the

benefit of the Estate ("Application") in the above-referenced Bankruptcy Case, the Application

having come on for hearing on December 2, 2014, at the hour of 2:30 p.m., there being no

opposition, and the Court being well and sufficiently satisfied that said special counsel, as authorized

- 1 -

362210-v1

counsel to the Trustee, have incurred necessary fees and costs from the period of June 25, 2014 through September 26, 2014, orders the following:

**IT IS HEREBY ORDERED** that the Application is hereby granted;

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay special counsel, Kutak Rock LLP fees in the amount of $33,758.44;

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay special counsel, Kutak Rock LLP costs in the amount of $67.58;

**IT IS SO ORDERED.**

Respectfully Submitted By:

THE FURNIER MUZZO GROUP LLC

By:  _____
     Christine A. Roberts
     Attorneys for Chapter 7 Panel Trustee,
     Yvette Weinstein

- 2 -

362210-v1

## LOCAL RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 2nd day of December, 2014.

THE FURNIER MUZZO GROUP LLC

By: _____
Christine A. Roberts
Attorneys for Chapter 7 Panel Trustee,
Yvette Weinstein

- 3 -

362210-v1